1  CURTIS R. TINGLEY (SBN112322)
   ctingley@tingleyllp.com
2  BRUCE C. PIONTKOWSKI (SBN 152202)
   bpiontkowski@tingleyllp.com
3  JONATHAN A. McMAHON (239370)
   jmcmahon@tingleyllp.com
4  TINGLEY PIONTKOWSKI LLP
   10 Almaden Boulevard, Suite 430
5  San Jose, California 95113
   Telephone:    (408) 283-7000
6  Facsimile:    (408) 283-7010

7  Attorneys for Defendant
   ANITA SANCHEZ
8

9                UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11                    FRESNO DIVISION

12

13 J & J SPORTS PRODUCTIONS, INC.,          CASE NO.  1:10-CV-01695 OWW DLB

14              Plaintiff,                   **STIPULATION AND ORDER TO
                                             SET  ASIDE DEFAULT**
15      v.

16 ANITA SANCHEZ individually and dba MI
   CASA FINEST MEXICAN CUISINE,
17
                Defendant.
18

19

20     Counsel for Plaintiff J & J SPORTS PRODUCTIONS, INC., and Defendant ANITA

21 SANCHEZ individually and dba MI CASA FINEST MEXICAN CUISINE hereby

22 STIPULATE to set aside the Default that was entered on October 27, 2010.

23     The parties mutually request that the Default be set aside so that the matter may proceed.

24     IT IS SO STIPULATED.

25     ///

26

27

28

TINGLEY
PIONTKOWSKI LLP
ATTORNEYS AT LAW

44977AB8.doc                              **STIPULATION TO SET ASIDE DEFAULT
                                          CASE NO. 1:10-CV-01695 OWW DLB**

1    Dated:  January 7, 2011                              LAW OFFICES OF THOMAS P. RILEY

2

3                                                          By: */s/ Thomas Riley* *(as authorized on 1/7/11)*
                                                          THOMAS P. RILEY
4                                                          Attorneys for Plaintiff

5

6    Dated:  January 10, 2011                            TINGLEY PIONTKOWSKI LLP

7

8                                                          By: */s/ Bruce Piontkowski*
                                                          BRUCE C. PIONTKOWSKI
9                                                          Attorneys for Defendant

10
                                                    ORDER
11
     IT IS HEREBY ORDERED that the Default entered on October 27, 2010, be set aside.
12

13

14   IT IS SO ORDERED.

15       Dated:    **January 11, 2011**                          **/s/ Oliver W. Wanger**
                                                          UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28

TINGLEY
PIONTKOWSKI LLP
ATTORNEYS AT LAW

44977AB8.doc                        - 2 -      **STIPULATION TO SET ASIDE DEFAULT**
                                                **CASE NO. 1:10-CV-01695 OWW DLB**