UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 1:10-CV-01695 OWW DLB |
| Plaintiff, | **ORDER POSTPONING SETTLEMENT CONFERENCE** |
| v. | |
| ANITA SANCHEZ individually and dba MI CASA FINEST MEXICAN CUISINE, | |
| Defendant. | |

Having reviewed the Stipulation to Postpone Settlement Conference of the parties herein, and GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that the Settlement Conference has been continued from June 28, 2011, to September 13, 2011, at 10:00 a.m.

At least five (5) days prior to the Settlement Conference the parties shall submit, directly to Judge Beck's chambers by e-mail, a Confidential Settlement Conference Statement.

IT IS SO ORDERED.

Dated:  **June 22, 2011**            /s/ Dennis L. Beck
                                    UNITED STATES MAGISTRATE JUDGE

D79CB534.doc

**ORDER**
**CASE NO. 1:10-CV-01695 OWW DLB**

TINGLEY
PIONTKOWSKI LLP
ATTORNEYS AT LAW