UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC.,<br><br>  Plaintiff,<br>  vs.<br>ANITA SANCHEZ, et al.,<br><br>  Defendants.<br>_____ / | CASE NO. CV F 10-1695 LJO DLB<br><br>**ORDER AFTER SETTLEMENT**<br>(Doc. 22.) |

Plaintiff's counsel notified this Court that settlement has been reached. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than October 20, 2011,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

This Court VACATES all pending dates and matters, including the October 17, 2011 pretrial conference, November 17, 2011settlement conference, and November 29, 2011 trial.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules160 and 272.

IT IS SO ORDERED.

**Dated:   September 27, 2011**                    /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE