1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel:  626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   **J & J Sports Productions, Inc.**

7

8                   UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF CALIFORNIA
9

| J & J Sports Productions, Inc., | CASE NO. CV 10-1695 LJO DLB |
|---|---|
| Plaintiff, | STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT ANITA SANCHEZ, individually and d/b/a MI CASA FINEST MEXICAN CUISINE |
| vs. | |
| Anita Sanchez, et al., | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant ANITA SANCHEZ, individually and d/b/a MI CASA FINEST MEXICAN CUISINE, that the above-entitled action is hereby dismissed **without prejudice** against ANITA SANCHEZ, individually and d/b/a MI CASA FINEST MEXICAN CUISINE, and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by November 30, 2011, the dismissal shall be deemed to be **with prejudice**.

///

**STIPULATION OF DISMISSAL**
**PAGE 1**

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: October 10, 2011

**LAW OFFICES OF THOMAS P. RILEY, P.C.**
 By:  Thomas P. Riley
 Attorneys for Plaintiff
 J & J SPORTS PRODUCTIONS, INC.

Dated:

**TINGLEY PIONTKOWSKI**
By: Bruce Piontkowski
Attorneys for Defendants ANITA SANCHEZ
individually and
d/b/a MI CASA FINEST MEXICAN CUISINE

**IT IS SO ORDERED**:  The Clerk is directed to close this action in its entirety.

Dated: October 12, 2011              /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE

**STIPULATION OF DISMISSAL**
**PAGE 2**