Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Anita Sanchez, et al., <br><br> Defendant. | CASE NO. CV 10-1695 OWW DLB <br><br> **FIRST AMENDED STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT ANITA SANCHEZ, individually and d/b/a MI CASA FINEST MEXICAN CUISINE** |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant ANITA SANCHEZ, individually and d/b/a MI CASA FINEST MEXICAN CUISINE, that the above-entitled action is hereby dismissed **without prejudice** against ANITA SANCHEZ, individually and d/b/a MI CASA FINEST MEXICAN CUISINE, and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by January 31, 2012, the dismissal shall be deemed to be **with prejudice**.

///

STIPULATION OF DISMISSAL
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: November 22, 2011      *s/ Thomas P. Riley*
                              **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                              By:  Thomas P. Riley
                              Attorneys for Plaintiff
                              J & J SPORTS PRODUCTIONS, INC.


Dated:      November 22, 2011      *s/ Bruce Piontkowski*
                                   **TINGLEY PIONTKOWSKI**
                                   By: Bruce Piontkowski
                                   Attorneys for Defendants ANITA SANCHEZ individually and
                                   d/b/a MI CASA FINEST MEXICAN CUISINE

IT IS SO ORDERED.

   Dated:   **November 28, 2011**            /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE

**STIPULATION OF DISMISSAL**
**PAGE 2**